

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| JOSE LUIS MORENO, | § | No. 08-18-00179-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 2 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20170C06110) |
| | § | |

## O R D E R

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **April 5, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Rafael Salas, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before April 5, 2019.

If the brief is not filed, the Court will refer the matter to the trial Court to conduct a hearing to determine why the Appellant's brief has not been filed.

IT IS SO ORDERED this 6th day of March, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.